

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00186-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Shirley Hale **MATHIS**,
As Temporary Guardian of the Estate of Carlos Y. Benavides, Jr,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000427-D4
Honorable Oscar J Hale, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's February 27, 2013 Order Granting Traditional and No Evidence Summary Judgment in favor of Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr. is AFFIRMED.

It is ORDERED that Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr. recover her costs of this appeal from Leticia R. Benavides.

SIGNED February 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice